**Order entered August 31, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-00855-CV

**DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, IN TRUST FOR THE REGISTERED HOLDERS OF MORGAN STANLEY ABS CAPITAL I TRUST 2006-NC-5, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006 NC5, Appellant**

V.

**KINGMAN HOLDINGS, LLC, AS TRUSTEE FOR THE MAGHOGANY 1587 LAND TRUST, Appellee**

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-04363-2013**

## ORDER

The Court has before it appellant's unopposed August 27, 2015 "Notice of Appearance of Additional Counsel for Appellant and Designation of Lead Counsel, and Motion to Withdraw and Substitute Counsel." We **GRANT** the motion to withdraw and substitute counsel. The Clerk is **DIRECTED** to remove Kirsten M. Castaneda as counsel for appellant and to substitute Thomas F. Loose, Locke Lord LLP, 2200 Ross Avenue, Suite 2200, Dallas, Texas 75201, as lead counsel for appellant.

/s/     ROBERT M. FILLMORE
           PRESIDING JUSTICE